UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

         - against -                   24-cr-313 (JGK)

TABITHA BUNDRICK,                  ORDER

               Defendant.

_____

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Court sets the following schedule for trial. The defendant must file any motions by **November 15, 2024**. The Government's response will be due **November 29, 2024**. The defendant's reply to the Government's response shall be filed by **December 6, 2024**. A hearing on the defendant's motions shall be held on **January 8, 2025**, at **4:30 p.m.** The Government will disclose any evidence to be admitted pursuant to Rule 404(b) of the Federal Rules of Evidence by **February 7, 2025**. Requests to charge, proposed voir dire requests, and motions in limine shall be filed by **March 14, 2025**. Any responses or objections shall be filed by **March 28, 2025**. A final pre-trial conference shall be held on **April 22, 2025**, at **2:30 p.m.** Trial is scheduled for **April 29, 2025**, at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
         September 18, 2024

                                John G. Koeltl
                       United States District Judge