**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 28, 2025

**By ECF and Email**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Tabitha Bundrick,* 24 Cr. 313 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter on behalf of both parties to request a two-week adjournment of the parties' deadline to exchange expert notices and notices under Federal Rule of Evidence 404(b) in the above-captioned case.

Presently, the parties are required to exchange expert and Rule 404(b) notices on February 7, 2025, in advance of a trial on this matter set for April 29, 2025. The parties now jointly request a two-week extension of the notice deadline to February 21, 2025, to permit the parties to continue to engage in discussions about a pre-trial resolution to the charges. The new deadline of February 21, 2025 is still more than two months in advance of trial and will not affect the remainder of the Court's pre-trial schedule.

Respectfully submitted,

DANIELLE SASSOON
United States Attorney

By: _____
Matthew J. King
Assistant United States Attorney
(212) 637-2384

cc    All counsel, by ECF

**APPLICATION GRANTED**
**SO ORDERED**

1/29/25

_____
John G. Koeltl, U.S.D.J.