**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 19, 2025

**By ECF and Email**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/20/25

Re: *United States v. Tabitha Bundrick*, 24 Cr. 313 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter on behalf of both parties to request a adjournment of the parties' deadline to exchange expert notices and notices under Federal Rule of Evidence 404(b) in the above-captioned case until March 3, 2025.

Presently, the parties are required to exchange expert and Rule 404(b) notices on February 21, 2025, in advance of a trial on this matter set for April 29, 2025. The parties now jointly request a ten-day extension of the notice deadline to March 3, 2025, to permit the parties to appear for the change of plea hearing on February 25, 2025, which should obviate the need for expert notices and notices under Federal Rule of Evidence 404(b).

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: /s/ Matthew J. King
Matthew J. King
Assistant United States Attorney
(212) 637-2384

cc    All counsel, by ECF