UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TABITHA BUNDRICK,

Defendant.

INFORMATION

S1 24 Cr. 313 (JGK)

## COUNT ONE
### (Distribution of Narcotics)

The United States Attorney charges:

1.  On or about April 30, 2023, in the Southern District of New York and elsewhere, TABITHA BUNDRICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.  The controlled substances involved in the offense were (i) mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C), and (ii) mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT TWO
### (Distribution of Narcotics)

The United States Attorney Further charges:

1.  On or about February 25, 2024, in the Southern District of New York and elsewhere, TABITHA BUNDRICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

2. The controlled substances involved in the offense were mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Information, TABITHA BUNDRICK, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

>(Title 21, United States Code, Section 853; and
>Title 28, United States Code, Section 2461.)

_____
MATTHEW PODOLSKY
Acting United States Attorney