UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

TABITHA BUNDRICK,
              Defendant.

24-cr-313 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the Government to file its sentencing submission is extended to **Friday, July 25, 2025.**

SO ORDERED.

Dated:    New York, New York
            July 23, 2025

                                            John G. Koeltl
                                     United States District Judge